No. 4,085.—DORA SURMAN ET AL., APPELLANTS, v. RICH-
ARD CRUSE ET AL., RESPONDENTS.

*Appeal from District Court, Lewis & Clark County; J. Miller
Smith and W. H. Poorman, Judges.*

Decided October 2, 1917.

PER CURIAM.—Respondent's motion to dismiss appeal from
the judgment herein is this day granted and said appeal is hereby
dismissed.

*Mr. W. D. Rankin,* for Appellants.

*Messrs. Walsh, Nolan & Scallon,* for Respondents.

---

No. 4,098.—STATE EX REL. JOHN T. MURPHY, JR., RELATOR,
v. DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of supervisory control to the Dis-
trict Court of Lewis and Clark County, and W. H. Poorman, a
Judge thereof.

Decided October 3, 1917.

PER CURIAM.—The petition of relator herein for a writ of
supervisory control is hereby denied.

*Messrs. Walsh, Nolan & Scallon* and *Mr. Frederick H. Drake,*
for Relator.